## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

MARK LEN COLEMAN                                                     PLAINTIFF

v.                         No. 3:15CV00346-JLH-JTK

MATT HALL, et al.                                                  DEFENDANTS

### **ORDER**

Plaintiff Coleman has not responded to the Court's November 3, 2015 Order (Doc. No. 2) directing him to pay the $400 filing fee for this action or file a motion to proceed *in forma pauperis* ("IFP").  The copy of the November 3, 2015 Order mailed to plaintiff at his last known address was returned to the Court as undeliverable on November 16, 2015 (Doc. No. 4).  Plaintiff has not further contacted the Court since the filing of his lawsuit on October 29, 2015.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of plaintiff's failure to pay the filing fee or file an IFP motion in compliance with the November 3, 2015 Order, his complaint should be dismissed without prejudice for failure to prosecute. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint is DISMISSED without prejudice for failure to prosecute.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of December, 2015.

                                                              J. LEON HOLMES
                                                              UNITED STATES DISTRICT JUDGE